UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>                    Plaintiff, )<br>          v.                                    )<br><br>ANGELA NICOLE LAYTON,         )<br>                    Defendant.    )<br>                                              ) | Case No.:   ED14-366M<br><br>ORDER OF DETENTION<br>(FED.R. CRIM. P.32.1(a)(6); 18<br>U.S.C. § 3143(a)) |

The defendant having been arrested in this District pursuant to a warrant

issued by the United States District Court for the ___SOUTHERN_____

District of ___CALIFORNIA_____ for alleged violation(s) of the terms and

conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal

Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.    (X)    The defendant has not met his/her burden of establishing by clear and

convincing evidence that he/she is not likely to flee if released under

18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

repeated failures to report to Pretrial services as directed; admitted drug use; failure to abide
by condition that defendant not visit Desert Hot Springs; failure to participate in drug
treatment as directed by Pretrial Services.

1

1  and/or

2  B.    ( )    The defendant has not met his/her burden of establishing by clear and

3            convincing evidence that he/she is not likely to pose a danger to the

4            safety of any other person or the community if released under 18

5            U.S.C. § 3142(b) or (c).  This finding is based on the following:

6            _____

7            _____

8            _____

9            _____

10

11

12  IT THEREFORE IS ORDERED that the defendant be detained pending the further

13  revocation proceedings.

14

15  Dated:   September 5, 2014

16                          _____
                            HONORABLE KENLY KIYA KATO
                            United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28